

**NUMBER 13-15-00043-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**VICTOR JARAMILLO,**                                                    **Appellant,**

**v.**

**MAYELA GURROLLA SOSA,**                                        **Appellee.**

---

### On appeal from County Court at Law No. 7
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on September 14, 2015, to allow the parties to resolve the terms of the mediated settlement agreement. This cause is now before the Court on a motion to reverse and remand pursuant to settlement. Accordingly, this appeal is hereby REINSTATED. The certificate of conference indicates appellant was unable to discuss the matter with appellee. More than ten days has passed since the

filing of the motion and no response has been filed by appellee. See Tᴇx. R. Aᴘᴘ. P. 10.3 (a).

Appellant states the parties have resolved their differences and in order to effectuate the settlement of the parties, a new judgment must be rendered. Appellant requests judgment of the trial court be set aside without reference to the merits and the matter be remanded for issuance of a judgment consistent with the settlement of the parties. We GRANT the motion and set aside the trial court's judgment without regard to the merits and REMAND this case to the trial court for rendition of judgment in accordance with the agreement. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(2)(B).

Costs will be taxed against appellant. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
12th day of November, 2015.